AO 120 (Rev.3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO.<br>08cv410 | DATE FILED<br>3/4/2008 | U.S. DISTRICT COURT<br>Southern District of California |
|---|---|---|
| PLAINTIFF<br>TUNI & G | | DEFENDANT<br>Spencer Gifts, LLC et al. |

| **PATENT OR<br>TRADEMARK NO.** | **PATENT OR<br>TRADEMARK NO.** | **PATENT OR<br>TRADEMARK NO.** |
|---|---|---|
| 1   3,158,551 | 6 | 11 |
| 2   3,201,222 | 7 | 12 |
| 3 | 8 | 13 |
| 4 | 9 | 14 |
| 5 | 10 | 15 |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| **PATENT OR<br>TRADEMARK NO.** | **PATENT OR<br>TRADEMARK NO.** | **PATENT OR<br>TRADEMARK NO.** |
|---|---|---|
| 1 | 6 | 11 |
| 2 | 7 | 12 |
| 3 | 8 | 13 |
| 4 | 9 | 14 |
| 5 | 10 | 15 |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>W. Samuel Hamrick, Jr. | (BY) DEPUTY CLERK | DATE |
|---|---|---|