ORIGINAL

1   Matthew A. Becker, Esq., (SB# 190748)
    Karen M. Beza, Esq., (SB#: 236847)
2   **THE LAW OFFICE OF MATTHEW A. BECKER, PC**
    1003 Isabella Avenue
3   Coronado, California 92118
    Telephone: (619) 522-6760
4   Facsimile: (619) 522-6763

5   Attorneys for Plaintiff,
    Tuni & G, a California General Partnership

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

10  TUNI & G, a California General Partnership )   CASE NO.: **'08 CV 0410 BTM JMA**

11                                            )
                  Plaintiffs,                 )   **COMPLAINT for:**
12                                            )
                  v.                          )   1.   **FEDERAL TRADEMARK**
13                                            )        **INFRINGEMENT;**
    SPENCER GIFTS, LLC, a Delaware Limited    )   2.   **TRADEMARK INFRINGEMENT**
14  Liability Company; SPENCER GIFTS          )        **- CALIFORNIA COMMON**
    HOLDING, LLC, a Delaware Limited Liability)        **LAW;**
15  Company; SPENCER GIFTS ONLINE, LLC, a )   3.   **UNFAIR BUSINESS PRACTICE**
    Delaware Limited Liability Company; and   )        **CAL. BUS. & PROF. CODE**
16  DOES 1 through 10, inclusive,             )        **§§ 17200 et seq.**
                                              )
17                                            )
                  Defendants.                 )
18                                            )
                                              )
19  _____)

20         PLAINTIFF, TUNI & G, a California Partnership (hereinafter "Plaintiff"), hereby submits

21  its Complaint for damages and relief against SPENCER GIFTS, LLC, a Delaware Limited

22  Liability Company; SPENCER GIFTS HOLDING, LLC, a Delaware Limited Liability Company;

23  SPENCER GIFTS ONLINE, LLC, a Delaware Limited Liability Company; and DOES 1 through

24  10, inclusive, (hereinafter collectively "Defendants") and alleges as follows:

25  ///

26  ///

27  ///

28  ///

## GENERAL ALLEGATIONS

### THE PARTIES

1.     Plaintiff, TUNI & G, is a California General Partnership located at 10755 F Scripps Poway Parkway, Ste. 515, San Diego, California 92131.

2.     Defendant, SPENCER GIFTS, LLC, is a Delaware Limited Liability Company, doing business in San Diego, California, and whose corporate headquarters are located at 6826 Black Horse Pike, Egg Harbor Township, New Jersey 08234.

3.     Defendant, SPENCER GIFTS HOLDING, LLC, is a Delaware Limited Liability Company, doing business in San Diego, California, and whose corporate headquarters are located at 6826 Black Horse Pike, Egg Harbor Township, New Jersey 08234.

4.     Defendant, SPENCER GIFTS ONLINE, LLC, is a Delaware Limited Liability Company, doing business in San Diego, California, and whose corporate headquarters are located at 6826 Black Horse Pike, Egg Harbor Township, New Jersey 08234.

### JURISDICTION AND VENUE

5.     This is a civil action arising under the Lanham Act.  Accordingly, this court has federal question jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338 (a) and (b).  This court has supplemental jurisdiction over the state law claims asserted is this complaint.

6.     Venue is proper in this judicial district under 28 U.S.C. § 1391(b).  The actions complained of herein are occurring in this district.

### ALTER EGO

7.     Plaintiff is informed and believes, and on that basis alleges, that Defendants were at all times relevant the partners, officers, agents, assignees, successors-in-interest, co-conspirators, principals, alter egos, or employees of each other or were otherwise responsible for, contributed to, or participated in the acts and omissions alleged herein, and thereby incurred liability therefore.

8.     Among other things, Plaintiff is informed and believes, and on that basis alleges that Defendants among other things (1) commingled funds and other assets; (2) diverted

COMPLAINT OF TUNI & G

1    corporate funds between entities or to other than corporate purposes; (3) treated corporate assets

2    as personal assets; (4) failed to observe corporate formalities; (5) failed to maintain an arms-

3    length relationship with the corporation or between entities; and (6) failed to maintain adequate

4    capitalization.  Adherence to the fiction of the separate existence of the Defendants would permit

5    an abuse of the corporate privilege, sanction fraud, and promote injustice.

6                                    **BACKGROUND**

7              9.    Plaintiff is the owner of the registered trademark "DON'T YA WISH YOUR

8    MOMMY WAS HOT LIKE MINE?" which was filed on November 29, 2005, and registered on

9    October 17, 2006, and holds U.S. Registration No. 3,158,551, in International Class 025 for use

10   in conjunction with adult, child and infant clothing, namely, hats, socks, tank tops, t-shirts, long

11   sleeve shirts, short sleeve shirts, hooded shirts, sweat shirts, sweat pants, relaxed pants, women's

12   clothing, namely maternity shirts, infant and toddler clothing, namely one-piece clothing

13   ("Registered Mark").  Plaintiff also owns the registered trademark "TUNI & G" which was filed

14   on January 8, 2006, and registered on January 23, 2007, and holds U.S. Registration No.

15   3,201,222, in International Class 025 for use with the same items as those listed above.  The

16   "TUNI & G" mark consists of a version of the Plaintiff's names.  "Tuni" is the commonly used

17   name of the Plaintiff, Mary Antionette Gazale, and "G" is the commonly used name of the

18   Plaintiff, Ghada Benitez.  Both marks enjoy substantial recognition as brands of Plaintiff.

19             10.   On or about August, 2005, Plaintiff began using the marks  "DON'T YA WISH

20   YOUR MOMMY WAS HOT LIKE MINE?" and "TUNI & G" in connection with its Tuni & G,

21   "Mommy and Me" adult, child and infant clothing and related products.  Plaintiff offers its

22   products for sale on its website located at http://www.tuniandg.com.  Additionally, Plaintiff's

23   goods are offered for sale at numerous retail establishments.

24             11.   The Plaintiff's Registered Mark identifies the Plaintiff in the marketplace, where

25   Plaintiff has continuously used the mark in the clothing industry throughout the United States,

26   promoting its brands in connection with its products through packaging and labels,

27   advertisements, and web site usage.

28   ///

12.    As a result of the unique and distinctive nature of the Plaintiff's Registered Mark, and the extensive display, sales, promotion and use of the mark by the Plaintiff, the mark is synonymous with the Plaintiff as a brand of clothing in the minds of the purchasing public.  To further strengthen its brand, Plaintiff uses the "TUNI & G" mark in connection with the "DON'T YA WISH YOUR MOMMY WAS HOT LIKE MINE?" mark, by requiring advertisers and promoters to display Plaintiff's clothing brand "DON'T YA WISH YOUR MOMMY WAS HOT LIKE MINE?" with the following statement  "TUNI & G's 'DON'T YA WISH YOUR MOMMY WAS HOT LIKE MINE?' t-shirts."  The use of the Plaintiff's Registered Mark is indicative to the clothing industry and to customers that items bearing the mark originate from, or are sponsored or approved by, the Plaintiff.

### PRESS AND NOTORIETY

13.    Plaintiff's promotions, advertisements and products have appeared in numerous magazines and newspaper articles, internet cite postings; television news and television entertainment shows, radio news, and have been featured with many celebrities.  See a sampling of Plaintiff's Press Releases attached herein as Exhibit 1.  In fact, numerous celebrities have been photographed wearing Plaintiff's products and have brought much fame to the Plaintiff's Tuni & G brand and the Registered Mark.  Plaintiff has further required all advertisers and featurers of its products to list the "TUNI & G" mark in connection with all advertised or featured products, thus connecting ownership of its brand with its products including those containing the "DON'T YA WISH YOUR MOMMY WAS HOT LIKE MINE?" mark.  Moreover, a majority of press focusing on Plaintiff, highlight the fact that Plaintiff is well known for its "DON'T YA WISH YOUR MOMMY WAS HOT LIKE MINE?" line.  Specifically, the Plaintiff's products which bear the Registered Mark have been featured on the following:

a.    **Magazine, Newspaper, Print:**

The Plaintiff's "DON'T YA WISH YOUR MOMMY WAS HOT LIKE MINE?'" products have been featured in numerous magazine and newspaper articles and have become widely known.  The following represents only a sample of such featured articles: 1) People Magazine (numerous issues reaching 20,250,000 readers weekly); 2) OK! Magazine (reaching

- 4 -

COMPLAINT OF TUNI & G

1    6,000,000 readers weekly); 3) Who Magazine; 4) Jezebel Magazine (reaching 100,000 readers

2    monthly; 5) El Especial Magazine; 6) Pregnancy Magazine (reaching 1,125,000 readers

3    monthly); 7) SRCA Newsletter; 8) San Diego Magazine; 9) Earnshaw's Magazine; 10) San

4    Diego Business Journal; 11) Globeandmail News; 12) San Diego Metro News (numerous

5    editions); 13) The Rancho Santa Fe Review; 14) Del Mar Village Voice; and 15) Carmel Valley

6    News.

7                    b.    **Online Press:**

8            Additionally, Plaintiff has received an enormous amount of internet press featuring the

9    "DON'T YA WISH YOUR MOMMY WAS HOT LIKE MINE?" products.   Such products have

10    been featured on more than fifty (50) websites.  The following represents a sample of such

11    internet sites which have featured the Plaintiff's products: 1) etonline.com; 2) people.com; 3)

12    cnn.com; 4) msnbc.com; 5) foxnews.com; 6) shefindsmom.com; 7) jeffandjer.com; 8)

13    sandiegometro.com; 9) modernmom.com; 10) prweb.com; 11) globeandmail.com; 12) celebrity-

14    babies.com; 13) eonline.com; 14) babychic101.com; 15) celebrityrumors.com; 16)

15    starmagazine.com; 17) about.com; 18) mommieswithstyle.com; 19) okmagazine.com.au; 20)

16    momblognetwork.com; 21) dotspotter.com; 22) classymommy.com; 23) nbcsandiego.com; 24)

17    kusi.com; 25) cbs8.com; 26) 10news.com; and 27) fox6.com.  The referenced websites receive

18    internet visits ranging upwards of 120,000,000 visits.  The Plaintiff and their Registered Mark

19    have been so widespread on the internet that a Google Alert was issued regarding Jennifer

20    Lopez's pregnancy in connection with the purchase of Tuni & G products which contain the

21    Registered Mark.

22                    c.    **Television/Radio Press:**

23            Furthermore, the Plaintiff's "DON'T YA WISH YOUR MOMMY WAS HOT LIKE

24    MINE?" products have enjoyed features on television news and entertainment shows as well as

25    live radio broadcasts.  The following represents a sample of such television and radio features: 1)

26    Channel 10 News San Diego (numerous telecasts); 2) E News!; 3) NBC San Diego; 4) Univision

27    LA; 5) ABC; 6) CBS; 7) Channel 9 News San Diego; 8) Fox 6 News San Diego; 9) KTLA

28    News; 10) STAR 94.1 Radio; 11) Magic 92.5 Radio; and 12) Star 93.3 New York Radio.

- 5 -                 COMPLAINT OF TUNI & G

**d.    Celebrity Press:**

Finally, the Plaintiff's "DON'T YA WISH YOUR MOMMY WAS HOT LIKE MINE?" products have achieved substantial fame and notoriety by celebrities who have purchased or received these products as gifts from friends and family.  The following represents a sample of these celebrities: 1) Jennifer Lopez (as seen in People Magazine, people.com, cnn.com, celebrity-babies.com, babyrazzi.com, and other worldwide web features); 2) Britney Spears (as seen in OK! Magazine, tmz.com, and eonline.com); 3) Patrick Dempsey (as seen on etonline.com, jewelsandpinstripes.com, and celebrity-babies.com); 4) Matt Damon (purchased by celebrity friend); 5) Paris Hilton/Nicole Richie (as seen in People Magazine, people.com, etonline.com, accesshollywood.com, msnbc.com, babychic101.com, starmagazine.com, celebrityrumors.com, and other worldwide web features); 6) Felicity Huffman (as seen in OK! Magazine); 7) Jamie Pressley (purchased by a friend for her baby shower); 8) Tori Spelling; 9) Trista Sutter (baby shower); 10) Ellen Degeneres; and 11) Halle Berry (purchased).  Due to such widespread publicity in all of the above venues, there can be no doubt that Plaintiff's Registered Mark has become synonymous with Plaintiff and the Tuni & G brand.

## INTENTIONAL INFRINGEMENT

14.    On or about July 2007, Plaintiff became aware that Defendants were selling products in the same marketplace as Plaintiff (both online and retail), via the use of the confusingly similar mark "DON'T YOU WISH YOUR MOMMY WAS HOT LIKE MINE?" (hereinafter referred to as the "Infringing Mark").  Defendants' mark is identical to the Plaintiff's mark except for the spelling change of the term "YA" to "YOU."  Defendants produce a product very similar to Plaintiff and includes an infants one piece outfit "onesie" with the Infringing Mark written on the front of the outfit ("Infringing Product"), attached herein as Exhibit 2.

15.    Immediately after becoming aware of Defendants' Infringing Mark, Plaintiff raised strong objections to Defendants' use and demanded they cease such use.  Initially, Defendants informed Plaintiff that they would cease ordering more of the Infringing Product in order to phase out such usage.  However, Defendants recently informed Plaintiff that they had no intention of ceasing the ordering or sale of the Infringing Product and in fact intend to continue

1   purchasing and selling the Infringing Product.

2       16.     Based upon this blatant disregard of Plaintiff's trademark rights, and the fact that

3   Defendants have been on actual notice of Plaintiff's trademark rights at least as early as July

4   2007, it is quite clear that Defendants' infringement is willful.  Defendants' activities were

5   undertaken with the full knowledge of the Plaintiff's trademark rights and with the purpose and

6   intent of trading upon the goodwill, substantial press and notoriety associated with Plaintiff and

7   Plaintiff's well known mark.

8       17.     By unlawfully utilizing the Plaintiff's mark to promote the sale of the Infringing

9   Product, Defendants have falsely designated and/or represented that the Infringing Product is

10  affiliated with, or endorsed, sponsored, or authorized by Plaintiff.  The unauthorized use has

11  created unfair competition to the Plaintiff's business and has interfered with the provision and

12  sales of Plaintiff's goods.

13      18.     Plaintiff is informed and believes that it has been damaged by the Defendants' use

14  of the Infringing Mark and Infringing Product, that a likelihood of confusion exists, and actual

15  confusion by consumers and others exists as to the source of the goods and services offered.

16      19.     As a result of the Defendants' intentional acts, the Plaintiff has suffered

17  damages, including but not limited to actual damages, compensatory damages, and attorneys'

18  fees.

19                              **COUNT I.**

20              **FEDERAL TRADEMARK INFRINGEMENT**

21                          **(Against all Defendants)**

22      20.     Plaintiff hereby incorporates by reference and realleges each of the allegations

23  contained in paragraphs 1 through 19 above, as though fully set forth herein.

24      21.     The Registered Mark is a federally registered trademark.  Plaintiff is the sole

25  owner and senior user of the Registered Mark used with clothing in International Class 025.

26      22.     Defendants' conduct, as described above, constitutes the use in commerce of

27  the Registered Mark, and/or confusingly similar marks, and is likely to result in confusion among

28  consumers.

23.     Plaintiff has not consented to Defendants' use of the Infringing Mark or Infringing Product and Defendants have been on actual and constructive notice that Plaintiff is the owner and senior user of the Registered Mark.

24.     Defendants' use of the Registered Mark and/or confusingly similar marks was undertaken with the intent to confuse and deceive the public and with malicious intent to oppress and harass Plaintiff.

25.     Accordingly, Plaintiff has been and continues to be irreparably damaged by Defendants' actions.  Defendants' conduct is therefore in violation of 15 U.S.C. § 1114(1) and Plaintiff is entitled to injunctive relief and damages as may be proven at trial.

## COUNT II.

## TRADEMARK INFRINGEMENT - CALIFORNIA COMMON LAW

### (Against all Defendants)

26.     Plaintiff hereby incorporates by reference and realleges each of the allegations contained in paragraphs 1 through 25 above, as though fully set forth herein.

27.     Defendants' conduct, as described above, including their use of the Registered Mark and/or confusingly similar marks has and is likely to cause confusion, or to cause mistake or to deceive the consuming public.  Defendants' unfair methods of competition and unfair, deceptive and misleading trade practices will continue, and Plaintiff will continue to suffer irreparable damages from the Defendants' conduct, unless the Defendants are restrained by this Court.

28.     Accordingly Defendants' conduct constitutes common law trademark infringement and Plaintiff is entitled to injunctive relief and damages as may be proven at trial.

## COUNT III.

## UNFAIR BUSINESS PRACTICE

## CAL. BUS. & PROF. CODE §§ 17200 et seq.

### (Against all Defendants)

29.     Plaintiff hereby incorporates by reference and realleges each of the allegations contained in paragraphs 1 through 28 above, as though fully set forth herein.

COMPLAINT OF TUNI & G

1        30.    Defendants' conduct alleged above constitutes unfair competition and unfair

2  business practices in violation of Cal. Bus. & Prof. Code §§ 17200 et seq.

3        31.    Plaintiff has been and continue to be damaged by Defendants' acts of unfair

4  competition and unfair business practices.

5        32.    Therefore, pursuant to Cal. Bus. & Prof. Code §§ 17200, et seq., Plaintiff is

6  entitled to an order requiring that the Defendants cease such unlawful business practices and an

7  award restoring to Plaintiff any monies or profits that Defendants have wrongfully acquired or

8  caused to be lost as a result of their violations of Cal. Bus. & Prof. Code §§ 17200., willful,

9  oppressive, malicious and fraudulent actions.

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

COMPLAINT OF TUNI & G

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands a jury trial and judgment in its favor and against Defendants, jointly and severally, as follows:

1.      For preliminary and permanent injunctive relief as provided by 15 U.S.C. § 1118, and California Business and Professions Code § 17203, preventing Defendants, their agents, *servants, employees, attorneys, representatives, successors and assigns, and all persons, firms or corporations acting in active concert or participation with any of Defendants from:*

A.      directly or indirectly infringing upon any of Plaintiff's Registered Marks in any manner, including but not limited to use of the confusingly similar designation, "DON'T YOU WISH YOUR MOMMY WAS HOT LIKE MINE?" mark in connection with products sponsored by or affiliated with Defendants;

B.      consenting to or otherwise allowing any distributor selling any of Defendants' products from directly or indirectly infringing upon any of Plaintiff's Registered Marks in any manner, including but not limited to use of the confusingly similar designation "DON'T YOU WISH YOUR MOMMY WAS HOT LIKE MINE?" mark in connection with products sponsored by or affiliated with Defendants;

C.      using any mark (including but not limited to the mark "DON'T YOU WISH YOUR MOMMY WAS HOT LIKE MINE?"), emblems, symbols, terminology, trade dress or designations which tend to falsely represent, or which are likely to confuse, mislead or deceive purchasers, Defendants' customers, and/or members of the public that the unauthorized goods an/or products marketed, offered and/or advertised by Defendants originate from Plaintiff or that any such goods and/or products are sponsored, approved, and/or licensed by, and/or associated, connected or affiliated with Plaintiff;

D.      engaging in any conduct that tends falsely to represent, or is likely to confuse, mislead or deceive purchasers, customers, and/or members of the public to believe or conclude that the actions of Defendants are sponsored, approved, and/or licensed by, and/or connected or affiliated with Plaintiff.

E.      otherwise competing unfairly with Plaintiff.

- 10 -

2.     For an award of damages against Defendants in the amount of Defendants' profits plus the actual damages sustained by Plaintiff for Defendants' acts of trademark infringement and unfair competition in an amount as shall be shown by the evidence.

3.     As provided by 15 U.S.C § 1116 and 15 U.S.C § 1117, for an award to Plaintiff and against Defendants, jointly and severally, of injunctive relief and damages in the amount or amounts of three times Defendants' profits and damages sustained by Plaintiff, plus Plaintiff's attorneys' fees and expenses on those claims asserted pursuant to 15 U.S.C. § 1125(a).

4.     As provided by California Business and Professions Code § 17203, an order restoring to Plaintiff any monies or profits that Defendants have acquired and/or caused to be lost as a result of Defendants' violations of California Business and Professions Code § 17200, et seq.

5.     For an award against all Defendants based on their inducing trademark infringement, for all damages resulting from the infringing actions of Defendants' distributors in an amount as shall be shown by the evidence.

6.     For an award against all Defendants based on their contributory trademark infringement, for all damages resulting from the infringing actions of Defendants' distributors in an amount as shall be shown by the evidence.

7.     For an award to Plaintiff for its attorneys' fees, allowable costs; and

8.     Such other and further relief as to the Court may seem just and proper.

Dated: March 4, 2008               Respectfully submitted,

                                   THE LAW OFFICE OF MATTHEW A. BECKER, PC


                                   By: _____
                                        Matthew A. Becker, Esq.
                                        Attorney for Plaintiff,
                                        Tuni & G, a California General Partnership

Z:\CLIENT FILES\T&G 396\396.06\COMPLAINT.wpd

Exhibit 1



<u>1</u>/07  **Press Release Titled "Don't ya wish your mommy was hot like mine?' hits the Red Carpet"
(PRWEB.com 949,799 monthly visits)** regarding Tuni & G participating in the Pre-Oscar Hollywood Baby
Gift Baskets and gets massive national attention:
http://www.prweb.com//releases/2007/1/prweb501021.htm

Don't Ya Wish Your Mommy Was Hot Like Mine?" Hits The Red Carpet

*Tuni & G Mommy and Me Clothing Line Participates in the 2007 Pre-Oscar Hollywood Baby Breakfast Club
Gift Baskets*

San Diego, CA (PRWEB) January 31, 2007 -- Tuni & G, the unique and interactive mommy and me clothing
line known for its sassy phrases ("Don't ya wish your mommy was hot like mine?", "Don't ya?") is proud to
announce their participation in the 2007 Pre-Oscar Hollywood Baby Breakfast Club Gift Baskets. Loved by
moms all over Southern California, Tuni & G's creative statement apparel has become a favorite of
celebrity moms and kids in Hollywood, and was recently invited by well known celebrity stylist Jayneoni to
participate in the first ever Pre-Oscar Gift Basket for Babies and Big Kids of Celebrities.

Tuni & G is one of Hollywood's rising stars, with celeb moms and babies proudly wearing their "Queen"
tee with the coordinating "Princess" tee or "Prince" onesie, or the "Rock 'n Roll" set, featuring a baby's
shirt that reads "My Mom Rocks" and mom's shirt responding "My Baby Rolls."

"There is no other clothing line quite like ours - we want moms to have fun dressing up with their precious
little ones," said co owner Tuni Gazale.

Tuni & G offers mommy and me sets, adult, youth, toddler and infant clothing, maternity wear and infant
hats, with fun statements and symbols. Using nailheads and/or rhinestone embellishments to dress up
the high quality casual shirts and pants, Tuni & G's apparel line is available with English and Spanish
statements.

And now, with support from celebrity stylist Jayneoni, Tuni & G is going to Hollywood for the Oscars. "We
are so excited to have the opportunity to get our distinctive coordinating mommy and me shirts in the
hands of these amazingly talented moms," says G.G. Benitez, co-owner.
Tuni & G was created in 2005 by two best friends, Tuni Gazale ("Tuni") and G.G. Benitez ("G"), mothers of
three children each. The line is available in exclusive boutiques across the country, as well as online at
www.TuniandG.com



4/9/07 **Eonline.com (5,433,378 monthly visits)** runs story about Britney Spears purchasing Tuni & G's don't ya wish your mommy was hot like mine?" tees for her boys: http://www.eonline.com/gossip/planetgossip/detail/index.jsp?uuid=8d7c1fe9-7077-43e3-bea9-e984a0a69b1e

**Britney's Buying Bonanza**

Is Robertson Boulevard the road to recovery for Hollywood celebs?

A few days after **Lindsay Lohan** spent some post-rehab time on the famed Los Angeles shopping street, **Britney Spears** did the same just yesterday.

Spears spent about $2,000 on herself at Lisa Kline while picking up another $2,000 worth of goodies for her sons, **Sean Preston** and **Jayden**.

She scooped up some Rachel Weissman hair clips and a stretchy headband, a green Moses basket and a pack of Boo Boo Kisses bandages. She also got a number of Splendid basics, some dresses and a pair of Converse sneakers. "Lots of springy, girly items," a source reports.

Despite being trailed by paparazzi, store staffers tried to keep things private. Fellow customers were asked to leave, the doors were locked and the shades pulled down. "She was proud of how she looked," the source says. "She was in great shape."

She then skipped over to Lisa Kline Kids, where she bought, among other things, brown Little Giraffe fur jackets, Wes and Willy shorts, Splendid camouflage pants and shirts, Ookies Bermuda shorts, Replay overalls and shirts, Charlie Rocket swimsuits, black Converse sneakers and a few Sassy Paci pacifier holders.

Spears also did some damage recently at Robertson Boulevard's Bel Bambini, where she picked up Tuni & G shirts for the boys inscribed with—ready for this?—"Don't Ya Wish Your Mommy Was Hot Like Mine?"

4/23/07 **OK! Magazine National Publication (reaching over 9 million readers)** with article about Britney Spear's purchasing Tuni & G's "don't ya wish your mommy was hot like mine?" and listing our website and photo of the shirt: https://www.tuniandg.com/index.asp?PageAction=Custom&ID=22





8/23/07 **People.com (36,485,500 monthly visits)** features story about Paris Hilton purchasing Tuni & G's "don't ya wish your mommy was hot like mine?":

http://www.people.com/people/article/0,,20053136,00.html

Paris Hilton played good friend on Thursday – shopping for baby gifts for her pregnant pal Nicole Richie.
Hilton headed to the hot Hollywood boutique Intuition, perused the baby section and walked out with a dozen bags of merchandise full of goodies for the baby Richie is expecting with Joel Madden.
"She was in the best mood," a source tells PEOPLE. "She couldn't wait to get to the baby department and look for things for Nicole's baby. She said she was very happy for her."
Hilton was an equal-opportunity shopper, choosing gifts in both pink and blue. Among the items she bought was a Tuni & G Baby set (pants and T-shirt) with the text "Don't Ya Wish Your Mommy Was Hot Like Mine" with the pants bottom saying "Don't Ya." She also bought *Baby's First Fashion Words* book, a Baby Jar Baby Snuggler Blanket and Trumpette socks.
"She can't wait to hang out with the baby," says the source about Hilton. "She's happy Nicole is healthy and thinks she looks great."
Hilton, 26, told PEOPLE last week about Richie: "I know she's going to be the best mom ever."
In a series of interviews on ABC at the beginning of the month, Richie, 25, told Diane Sawyer that she is four months pregnant with musician-boyfriend Madden,28.



12/07/07 **People**.com **(36,485,500 monthly visits)** runs story about J.Lo purchasing Tuni & G's "don't ya wish your mommy was hot like mine?" onesies with photos and linking to TuniandG.com:
http://www.people.com/people/article/0,,20165048,00.html

**Jennifer Lopez Gets Pink and Blue Onesies**



Jennifer Lopez is in full baby-gift mode, scoring matching pink and blue Tuni & G onesies from sister Lynda Lopez at Petit Tresor in Los Angeles.

Which raises the question: Could the singer and husband Marc Anthony be having ... a boy and a girl?

Lopez waited a while before even confirming the pregnancy – and the pop star has been mum about whether she's expecting twins, though multiple sources have told PEOPLE she's expecting two bundles of joy. The 38-year-old singer recently denied reports that she'd had a pregnancy health scare that forced her to cut back on touring.

12/10/07 **People Magazine (reaching over 20 million readers)** features Tuni & G's "don't ya wish your mommy was hot like mine?" as the perfect baby gift that "the stars are unwrapping":

https://www.tuniandg.com/index.asp?PageAction=Custom&ID=34





12/23/1007 **People Magazine** reaching 20 million readers around the world has article on J.Lo has Tuni & G's "don't ya wish your mommy was hot like mine?" onesies with the caption tagging Tuni & G on the first page of the article:  https://www.tuniandg.com/index.asp?PageAction=Custom&ID=34





8/27/07 **ETonline.com (907,273 monthly visits)** runs story about Paris Hilton purchasing Tuni & G's "don't ya wish your mommy was hot like mine?" for Nicole, showing Tuni & G's picture and linking to TuniandG.com:

http://www.etonline.com/fashion/news/2007/08/49757/



Find out which baby clothes Paris picked out for her "Simple Life" pal!

**PARIS HILTON** was spotted last Wednesday shopping at Hollywood hot spot Intuition and we know what she bought!

The sexy socialite was seen browsing baby clothes -- and picked up a dozen bags of items! Among them were the **"Don't Ya Wish Your Mommy Was Hot Like Mine?"** black rhinestone T-shirt and matching black "Don't Ya?" baby pants for pregnant pal **NICOLE RICHIE**, made by San Diego moms **TUNI AND G**. Stars like **DENISE RICHARDS, FELICITY HUFFMAN** and **BRITNEY SPEARS** are also obsessed with Tuni and G's cute and comfy line of matching tanks, tops and onesies. **PATRICK DEMPSEY** and his wife have the **"Don't You Wish Your Daddy Was Dreamy Like Mine?"** onesies for their newborn twins. You can buy them too in our **ShopET store**.

To go with the sets, Paris also picked up little black leather baby shoes.

When asked what she thought of the impending arrival of "The Simple Life" co-star **NICOLE RICHIE**'s baby with boyfriend **JOEL MADDEN**, she said, "I am very excited for her new baby."

So, does she know the sex of the incoming bundle of joy? Paris said she didn't know.

Once done shopping, the bags, 12 in all, literally filled her Bentley to the brim!



3/30/07 Celebrity Baby Blog (**1,054,902 monthly visits**) giveaway with article discussing Tuni & G's "don't ya wish your mommy was hot like mine?":

http://celebritybabies.typepad.com/reviews/2007/03/tuni_g_mommy_me.html

**Tuni & G: Mommy & Me Clothing with a dose of cool**

 Mommy and Me clothing usually isn't synonymous with hip but in the case of **Tuni & G**, Mommy and Me is actually stylish.

One of the cutest things I have seen in a long time is this toddler outfit blazoned with the phrase "Don't ya wish your mommy was hot like mine?" across the front of the shirt and the words "Don't ya?" across the booty of the yoga pants. My matching hoodie also says "Don't ya?" The two times we have worn the clothing as a mom and daughter team Catie and I have been stopped over and over so that people can read our shirts.

Other cute phrases from the line include Boy Crazy (mom) and Crazy Boy (baby), My baby rolls (mom) and My mom rocks (baby) and It's from my side (mom) and Cutie (baby) among others. The line also offers maternity, adult and infant clothing as well.

**Felicity Huffman**'s daughter was recently photographed wearing the "Don't ya wish your mommy was hot like mine?" shirt! **Trista** and **Ryan** from *The Bachelorette* were gifted with this set shortly after announcing their much-anticipated pregnancy. The same set, along with a Coming Soon to a Delivery Room Near You maternity tank, was personally handed to **Tori Spelling**! Other celebrities who style their family in **Tuni & G** sets include **Vanessa Laine Bryant** (Kobe Bryant's wife), **Bill Bellamy**'s wife, **Kristen Baker, Jennie Garth, Melania Trump, Teri Hatcher** and **Joely Fischer**.

Check out the complete line at www.tuniandg.com.



ORIGINAL

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Tuni & G, a California Partnership

**DEFENDANTS**
Spencer Gifts, LLC, Spencer Gifts Holding, LLC, and Spencer Gifts Online, LLC, all Delaware LLCs, and Does 1-10

(b) County of Residence of First Listed Plaintiff   **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
The Law Office of Matthew A. Becker, PC
1003 Isabella Ave., Coronado, CA 92118 (619) 522-6760

Attorneys (If Known)

**'08 CV 0410 BTM JMA**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| | | ☐ 380 Other Personal Property Damage | **LABOR** | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | | Appeal to District |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment | |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC Section 1121
Brief description of cause:
Trademark Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE ____   DOCKET NUMBER ____

DATE   03/04/2008

SIGNATURE OF ATTORNEY OF RECORD   *Matt A. Bel*

**FOR OFFICE USE ONLY**

RECEIPT # 148573   AMOUNT 350.00   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

3/4/08

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**#  148373      — SR
* *  C O P Y  * *
March 04, 2008
13:18:40**

**Civ Fil Non—Pris**
USAO #.: 08CV0410
Judge..: BARRY T MOSKOWITZ
Amount.:                        $350.00 CK
Check#.: BC#2832


**Total—>   $350.00**


FROM: TUNI & G V. SPENCER GIFTS
        CIVIL FILING