COPY

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR -4 PM 1:21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP  DEPUTY

TUNI & G, a California General Partnership

vs

SPENCER GIFTS, LLC, a Delaware Limited Liability Company; SPENCER GIFTS HOLDING, LLC, a Delaware Limited Liability Company; and SPENCER GIFTS ONLINE, LLC, a Delaware Limited Liability Company and DOES 1 through 10 inclusive

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0410 BTM JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

THE LAW OFFICE OF MATTHEW A. BECKER, P.C.
MATTHEW A. BECKER, ESQ.
1003 ISABELLA AVENUE
CORONADO, CA 92118  Telephone (619) 522-6760

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.        3/4/08
CLERK                          DATE

By C. PUTMANN  Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)