UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNI & G, a California General Partnership, <br><br> Plaintiff, <br><br> v. <br><br> SPENCER GIFTS, LLC, a Delaware Limited Liability Company; et al., <br><br> Defendants. | Case No. 08-0410-BTM (JMA) <br><br> **ORDER REGARDING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |

The parties have informed the Court that the case has settled in its entirety. The attorneys shall appear for a telephonic Settlement Disposition Conference on **August 21, 2008** at **4:00 p.m.** before Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1]  If a joint motion for dismissal and proposed order thereon cannot be provided on or before the

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

    **IT IS SO ORDERED.**

DATED:  July 18, 2008

                                                   Jan M. Adler
                                                   U.S. Magistrate Judge