Michelle D. Mitchell, Esq. (SBN 221841)
LAW OFFICES OF MICHELLE D. MITCHELL
501 West Broadway, Ste. A-276
San Diego, CA 92101
Telephone: (619) 684-1547
Facsimile: (619) 694-4686

Roberta Jacobs-Meadway, Esq. (pro hac vice)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two Liberty Place
50 South 16th St. 22nd Floor
Philadelphia, PA 19102
Telephone: (215) 851-8522
Facsimile: (215) 851-8383
E-mail: rjacobsmeadway@eckertseamans.com

Attorneys for Defendants, Spencer Gifts, LLC, Spencer Gifts Holding, LLC, and Spencer Gifts
Online, LLC.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNI & G, a California General Partnership, <br><br> Plaintiff, <br><br> vs. <br><br> SPENCER GIFTS, LLC, a Delaware Limited Liability Company; et al., <br><br> Defendants. | Case No.: 08-CV-0410-BMT (JMA) <br> The Honorable Jan M. Adler <br> United States Magistrate Judge <br> Courtroom 1165 <br><br> **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| SPENCER GIFTS, LLC, a Delaware Limited Liability Company; et al., <br><br> Counter-Claimants, <br><br> TUNI & G, a California General Partnership, et al., <br><br> Counter-Defendants, | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of
record, that:

-1-

1.   Plaintiff TUNI & G, a California General Partnership, hereby dismisses its
Complaint against Defendants Spencer Gifts, LLC, a Delaware Limited Liability
Company, Spencer Gifts Holding, LLC, a Delaware Limited Liability Company
and Spencer Gifts Online, LLC, a Delaware Limited Liability Company, with
prejudice.

2.   Counter-Claimants Spencer Gifts, LLC, a Delaware Limited Liability Company,
Spencer Gifts Holding, LLC, a Delaware Limited Liability Company and
Spencer Gifts Online, LLC, a Delaware Limited Liability Company hereby
dismiss their Counterclaim against Counter-Defendants, with prejudice.

3.   All parties shall bear their own attorney's fees and costs.

4.   This court shall retain jurisdiction in order to enforce the settlement and
release agreement between the parties.

Dated: July 29, 2008                    LAW OFFICES OF MICHELLE D. MITCHELL

By: _____
MICHELLE D. MITCHELL
Attorneys for Defendants and Counter-
Claimants.

Dated: July 31, 2008                    ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _____
ROBERTA JACOBS-MEADWAY
Attorneys for Defendants and Counter-
Claimants.

Dated: July 31, 2008                    THE LAW OFFICE OF MATTHEW A. BECKER, PC

By: _____
MATTHEW A. BECKER
Attorneys for Plaintiff and Counter-
Defendants.

-2-

JOINT MOTION FOR DISMISSAL WITH PREJUDICE